## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TAMMY ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:25-cv-580-ZMB |
| v. | ) |
| | ) |
| ALFRED MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COME NOW Assistant City Counselors Curtis T. Haynes and Calann Edwards and hereby request leave to withdraw as counsel for Defendant Alfred Montgomery in his individual capacity. In support, counsel states as follows:

1. Plaintiff's original Petition was filed on March 5, 2025, and removed to this Court on April 25, 2025. (Docs. 1-5). Plaintiff's operative First Amended Complaint was later filed on June 6, 2025 (Doc. 22).

2. Both Plaintiff's original Petition and operative First Amended Complaint named Sheriff Alfred Montgomery "in both his individual and official capacities." *See, e.g.*, Doc 22 at 1, ¶ 2.

3. To date, the undersigned counsel have represented Alfred Montgomery in his individual capacity in this case.

4. The undersigned are employees of the City of St. Louis Law Department and the City of St. Louis is also counsels' client. This is true regardless of whether or not, as addressed in more detail below, the claims in this case against Alfred Montgomery in his official capacity are claims against the City of St. Louis as a matter of law. *See* Mo. Sup. Ct. R. 4-1.13(a) (stating that

"[a] lawyer employed or retained by an organization represents the organization acting through its duly authorized constituents."); *see also* Art. X, § 2 of the Charter of the City of St. Louis (stating that the City Counselor shall, through the Law Department, "represent the city in all legal matters and proceedings in which the city is a party or interested…")

5. Recent developments, including Alfred Montgomery's recently filed lawsuit against the City of St. Louis in Missouri's Twenty-Second Judicial Circuit Court (Montgomery v. City of St. Louis, case no. 2522-CC09342), have given rise to the potential for conflicts of interest between Alfred Montgomery in his individual capacity and the City of St. Louis such that the undersigned now moves to withdraw as counsel for Defendant Alfred Montgomery in his individual capacity.

6. While there remains some uncertainty in the state of the law regarding official capacity § 1983 damages suits brought against the Sheriff of the City of St. Louis, counsel will remain counsel of record in the case on behalf of the City of St. Louis to the extent that Plaintiff's official capacity damages claims against Alfred Montgomery in his official capacity are claims against the City of St. Louis and seek to impose liability on the City of St. Louis. *See, e.g.*, *Stockley v. Joyce*, No. 4:18-CV-873 CAS, 2018 WL 4300323, at *1 (E.D. Mo. Sept. 10, 2018) (construing allegations against the Circuit Attorney in her official capacity as seeking to impose liability on the City of St. Louis); *see also Sproaps v. City of St. Louis Sheriff's Dep't*, No. 4:23-CV-01383-SRC, 2024 WL 3494343, at *2 (E.D. Mo. July 22, 2024) (construing claims against Sheriff's Deputies in their official capacities as claims against the City of St. Louis).[1]

---

[1] Plaintiff's First Amended Complaint is not altogether clear with respect to whether it seeks to impose liability on the City of St. Louis or on some other alleged government entity or only on Alfred Montgomery individually. Counsel reserves the right to move to withdraw completely from this case in the event Plaintiff clarifies that she does not seek to impose liability on the City of St.

2

7. On October 7, 2025, the City Counselor notified Alfred Montgomery and his counsel Matt Ghio and Judge David Mason that this Motion to Withdraw would be filed and also provided notice of the informal hearing in this case scheduled for October 10, 2025, at 11:00 a.m. Of course, the City of St. Louis Law Department also intends work diligently to ensure a smooth transition of representation in this matter.

8. Alfred Montgomery's criminal defense attorney Justin Gelfand has also been notified of this motion and provided notice of the informal hearing in this case scheduled for October 10, 2025, at 11:00 a.m.

9. For these reasons, Assistant City Counselors Curtis T. Haynes and Calann Edwards respectfully request leave to withdraw as counsel for Alfred Montgomery in his individual capacity and request that they be terminated as counsel in that capacity.

WHEREFORE, for all of the reasons set forth above, Assistant City Counselors Curtis T. Haynes and Calann Edwards respectfully request leave to withdraw as counsel for Alfred Montgomery in his individual capacity.

    Respectfully submitted,
MICHAEL GARVIN
CITY COUNSELOR

By: /s/ Curtis T. Haynes
Curtis T. Haynes    #73093 MO
Calann Edwards     #74643
Assistant City Counselors
haynescu@stlouis-mo.gov
edwardsca@stlouis-mo.gov

---

Louis or in the event the Court determines that the claims in this matter against Alfred Montgomery in his official capacity are not claims against the City of St. Louis.

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 8, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system and separately emailed to Alfred Montgomery and his counsel Judge David Mason and Matt Ghio.

                                                      */s/ Curtis T. Haynes*