IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMMY ROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:25-cv-00580 ZMB |
| SHERIFF ALFRED MONTGOMERY, | ) ) ) |
| Defendant. | ) ) |

### ENTRY OF APPEARANCE

Comes Now, Matthew J. Ghio, and enters his appearance on behalf of Sheriff Alfred Montgomery, in his individual capacity.

Respectfully submitted,

**THE CRONE LAW FIRM, PLC**

By: _____

Matthew J. Ghio #44799MO
3115 S. Grand Blvd., Suite 100
St. Louis, Missouri 63118
(314) 707-5853
Attorney for Plaintiff
mghio@cronelawfirmplc.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of October, 2025, a true copy hereof was served via email or the Court's CM/ECF system upon all counsel of record

By: _____
       Matthew J. Ghio